**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MILLENNIUM IP, INC. and MILLENNIUM MEDIA, INC., | |
| Plaintiffs, | Case No.: 1:17-cv-8201 |
| v. | Judge Harry D. Leinenweber |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Thursday, November 16, 2017, at 9:30 a.m., Plaintiffs, by its counsel, shall appear before the Honorable Judge Harry D. Leinenweber in Courtroom Room 1941 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Ex Parte Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Transfer of the Defendant Domain Names, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by Email and/or Electronic Publication, and Motion for Leave to File Under Seal.

DATED: November 13, 2017          Respectfully submitted,

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq. (Bar No. 6207971)
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 13, 2017 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt